No. 97–6447.  IN RE WARD; and

No. 97–6737.  IN RE GUICE.  Petitions for writs of mandamus denied.

No. 97–6372.  IN RE TYLER ET AL.  Petition for writ of mandamus and/or prohibition denied.

No. 96–8140.  GIBA v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 96–8341.  COOKSEY v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–166.  MCCLENDON ET AL. v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 97–279.  KATSOULIS v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 97–348.  MORGAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–395.  TANABE SEIYAKU CO., LTD., ET AL. v. INTERNATIONAL TRADE COMMISSION ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 97–406.  TABCHOURI v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 97–419.  CLARK ET UX., AS NEXT FRIENDS OF CLARK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–449.  CONFEDERATED TRIBES OF SILETZ INDIANS OF OREGON v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–453.  ELKO COUNTY GRAND JURY v. SIMINOE.  C. A. 9th Cir.  Certiorari denied.

No. 97–458.  LAKELAND LOUNGE OF JACKSON, INC. v. CITY OF JACKSON.  Sup. Ct. Miss.  Certiorari denied.